David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 900-9199

Attorney for Debtor and
Proposed attorney for Debtor in Possession
MoBrewz, LLC, doing business as
18Seventy Brewing Co.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | **Case No. 21-90378** |
| MoBrewz, LLC, doing business as 18Seventy Brewing Company, | Chapter 11 Sub V Case |
| | **D.C. No. DCJ-1** |
| Debtor. | [No hearing set] |
| _____/ | |

**APPLICATION OF DEBTOR IN POSSESSION
FOR AUTHORITY TO EMPLOY ATTORNEY**

To: Hon. Ronald H. Sargis, Chief United States Bankruptcy Judge:

MoBrewz, LLC, doing business as 18Seventy Brewing Co., (the "Debtor" for the pre-petition period and the "Debtor in Possession" for the post-petition period) requests authority to employ David C. Johnston as its attorney, effective August 18, 2021, which is the petition date and is less than 30 days preceding this application. In support of this application, the Debtor in Possession respectfully represents:

1. On August 18, 2021, the Debtor filed a voluntary petition in this Court under Chapter 11 of Title 11, United States Code. Walter R. Dahl has been appointed Subchapter V Trustee and the Debtor is serving as Debtor in Possession.

2. The Debtor in Possession wishes to employ David C. Johnston ("Mr. Johnston") as its attorney for the Chapter 11 case. Mr. Johnston is admitted to practice before this Court and many others, and is duly licensed to practice law in California and in the District of Columbia.

3. The Debtor in Possession has selected Mr. Johnston because he has more than 44 years of experience in bankruptcy reorganization matters, has obtained confirmation of plans of reorganization in many Chapter 11 cases, and is well qualified to handle this Chapter 11 case.

4. The services which Mr. Johnston has rendered and will render include:

(a) Giving the Debtor legal advice about various bankruptcy options, including relief under Chapters 7 and 11, and legal advice about non-bankruptcy alternatives for dealing with the claims against it;

(b) Giving the Debtor in Possession legal advice about its rights, powers, and obligations in the Chapter 11 case and in the management of the estate;

(c) Taking necessary action to enforce the automatic stay and to oppose motions for relief from the automatic stay;

(d) Taking necessary action to recover and avoid any preferential or fraudulent transfers and to exercise the Debtor in Possession's strong-arm powers;

(e) Appearing with the Debtor's managing member at the meeting of creditors, initial interview with the U.S. Trustee, status conference, and other hearings held before the Court;

(f) Reviewing and if necessary, objecting to proofs of claim;

(g) Taking steps to obtain Court authority for the sale or refinancing of assets if necessary; and;

(h) Preparing a plan of reorganization [and a disclosure statement if required] and taking all steps necessary to bring the plan to confirmation, if possible.

5. Except for the consultations which led to this Chapter 11 case, Mr. Johnston had never represented the Debtor nor any of its members in in any legal matters.

6. Mr. Johnston has no present or past connections with any of the following: the creditors in this case; the United States Trustee and her employees; the Subchapter V Trustee; the Debtor (except for representation in this Chapter 11 case); the Debtor's members; the Debtor's accountant; and the respective counsel for all of the foregoing except:

(a) Bridgette Berry, the managing member of the Debtor, is involved in a dissolution of marriage case and her attorney in the family law case is Leslie F. Jensen, who is one of my clients. I am not and have never been involved in the family law case and Ms. Jensen is not and has never been involved in the Chapter 11 case; and

(b) The Subchapter V Trustee also served in several Chapter 11 cases where I represented debtors. In each of those cases, a plan has been confirmed or the debtors requested and obtained dismissal following resolution of their financial problems. Other than those past connections, I have no present or past connections with the Subchapter V Trustee.

7. 11 United States Code § 327(a) requires that professional persons employed by a trustee (or debtor in possession) "not hold or represent an interest adverse to the estate" and be disinterested persons. Mr. Johnston does not hold any interest adverse to the estate and Mr. Johnston is a disinterested person as defined in 11 United States Code § 101(14).

8. Mr. Johnston and the Debtor in Possession have agreed, subject to final allowance of fees by the Court, that the hourly rate to be charged by him is $420, his usual rate for all legal matters he handles. Periodic applications for interim compensation may be made, and at the conclusion of the case, a final application for

1 allowance of compensation will be made.

2      9. In connection with this case, which is the only matter Mr. Johnston has ever handled for the Debtor, the Debtor paid Mr. Johnston $5,000 toward pre-petition and post-petition attorney's fees; and $1,738 for the Court's filing fee.

5      10. Federal Rule of Bankruptcy Procedure 6003(a) generally prohibits the Court from entering an order granting an employment application within the 21 day period following the petition date. This application has been delayed until such deadline has passed.

9      WHEREFORE, MoBrewz, LLC, doing business as 18Seventy Brewing Co., as Debtor in Possession, prays that it be allowed to employ David C. Johnston as its attorney in this Chapter 11 case, effective August 18, 2021. which is less than 30 days prior to the filing of this application and in accordance with Local Rule 2014-1(b)(1).

13      Dated: August 18, 2021.

Respectfully submitted,

*/s/ David C. Johnston*

_____
David C. Johnston
Attorney for Debtor and
Proposed attorney for Debtor in Possession
MoBrewz, LLC, doing business as
18Seventy Brewing Co.

Application of Debtor in Possession
For Authority to Employ Attorney      Page 4