David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 900-9199

Attorney for Debtor and
Proposed attorney for Debtor in Possession
MoBrewz, LLC, doing business as
18Seventy Brewing Co.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | **Case No. 21-90378** |
| MoBrewz, LLC, doing business as 18Seventy Brewing Company, | Chapter 11 Sub V Case |
| | **D.C. No. DCJ-1** |
| Debtor. _____/ | [No hearing set] |

**DECLARATION OF DAVID C. JOHNSTON IN SUPPORT OF APPLICATION OF DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY**

I, David C. Johnston, declare:

1. I am the attorney of record for MoBrewz, LLC, doing business as 18Seventy Brewing Co., (the "Debtor" for the pre-petition period and the "Debtor in Possession" for the post-petition period). I have personal knowledge of the following facts and would be competent to testify if called as a witness.

2. On August 18, 2021, the Debtor filed a voluntary petition in this Court under Chapter 11 of Title 11, United States Code. Walter R. Dahl has been appointed Subchapter V Trustee and the Debtor is serving as Debtor in Possession.

Declaration of David C. Johnston
In Support of Application of Debtor in
Possession For Authority to Employ Attorney    Page 1

3. The Debtor in Possession wishes to employ me as its attorney for the Chapter 11 case. I am admitted to practice before this Court and many others, and am duly licensed to practice law in California and in the District of Columbia.

4. The Debtor in Possession has selected me because I have more than 44 years of experience in bankruptcy reorganization matters, have obtained confirmation of plans of reorganization in many Chapter 11 cases, and am well qualified to handle this Chapter 11 case.

5. The services which I have rendered and will render include:

(a) Giving the Debtor legal advice about various bankruptcy options, including relief under Chapters 7 and 11, and legal advice about non-bankruptcy alternatives for dealing with the claims against it;

(b) Giving the Debtor in Possession legal advice about its rights, powers, and obligations in the Chapter 11 case and in the management of the estate;

(c) Taking necessary action to enforce the automatic stay and to oppose motions for relief from the automatic stay;

(d) Taking necessary action to recover and avoid any preferential or fraudulent transfers and to exercise the Debtor in Possession's strong-arm powers;

(e) Appearing with the Debtor's managing member at the meeting of creditors, initial interview with the U.S. Trustee, status conference, and other hearings held before the Court;

(f) Reviewing and if necessary, objecting to proofs of claim;

(g) Taking steps to obtain Court authority for the sale or refinancing of assets if necessary; and;

(h) Preparing a plan of reorganization [and a disclosure statement if required] and taking all steps necessary to bring the plan to confirmation, if possible.

6. Except for the consultations which led to this Chapter 11 case, I had never

Declaration of David C. Johnston
In Support of Application of Debtor in
Possession For Authority to Employ Attorney      Page 2

1　represented the Debtor nor any of its members in in any legal matters.

2　　　　7.  I have no present or past connections with any of the following: the
3　creditors in this case; the United States Trustee and her employees; the Subchapter V
4　Trustee; the Debtor (except for representation in this Chapter 11 case);  the Debtor's
5　members; the Debtor's accountant; and the respective counsel for all of the foregoing
6　except:

7　　　　(a) Bridgette Berry, the managing member of the Debtor is involved in a
8　dissolution of marriage case and her attorney in the family law case is Leslie F.
9　Jensen, who is one of my clients. I am not and have never been involved in the family
10　law case and Ms. Jensen is not and has never been involved in the Chapter 11 case;
11　and

12　　　　(b) The Subchapter V Trustee also served in several Chapter 11 cases where I
13　represented debtors. In each of those cases, a plan has been confirmed or the debtors
14　requested and obtained dismissal following resolution of their financial problems.
15　Other than those past connections, I have no present or past connections with the
16　Subchapter V Trustee.

17　　　　8. 11 United States Code § 327(a) requires that professional persons employed
18　by a trustee (or debtor in possession) "not hold or represent an interest adverse to the
19　estate" and be disinterested persons. I do not  hold any interest adverse to the estate
20　and I am a disinterested person as defined in 11 United States Code § 101(14).

21　　　　9.  The Debtor in Possession and I have agreed, subject to final allowance of
22　fees by the Court, that the hourly rate to be charged by me is $420, my usual rate for
23　all legal matters I handle.  Periodic applications for interim compensation may be
24　made,  and at the conclusion of the case, a final application for allowance of
25　compensation will be made.

26　　　　10.  In connection with this case, which is the only matter I have ever handled

27

Declaration of David C. Johnston
In Support of Application of Debtor in
Possession For Authority to Employ Attorney　　　Page 3

for the Debtor, the Debtor paid me $5,000 toward pre-petition and post-petition attorney's fees and $1,738 for the Court's filing fee, which in fact was used for that purpose.

11. Federal Rule of Bankruptcy Procedure 6003(a) generally prohibits the Court from entering an order granting an employment application within the 21 day period following the petition date. This application has been delayed until such deadline has passed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed by me in Modesto, California on September 15, 2021.

*/s/ David C. Johnston*
_____
David C. Johnston

Declaration of David C. Johnston
In Support of Application of Debtor in
Possession For Authority to Employ Attorney     Page 4