FORM L206　　　　　　　　　　　　　　　　　　　　　　　　　　　　21–90378 – E – 11
Notice of Filing Chapter 11, Subchapter V Report of No Distribution, Combined with Order Fixing Deadline to Object ThereTo (v.6.21)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**
1200 I Street, Suite 200
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



# NOTICE OF FILING CHAPTER 11, SUBCHAPTER V REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

**Case Number:** 21–90378 – E – 11　　　　**Last Day to File an Objection:** 03/04/2023

**Debtor Name(s) and Address(es):**
MoBrewz, LLC
911 J Street
Modesto, CA 95354–0801

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
18Seventy Brewing Co.

**Trustee:**
Walter R. Dahl
2304 N St
Sacramento, CA 95816–5716

**Telephone Number:** 916–446–8800

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:　501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:　2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:** The trustee in the above case has filed a "Report of No Distribution," and the trustee will not be making a distribution to creditors.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:** Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:　　　　　　　　　　　　　　　　　　　　For the Court,
2/2/23　　　　　　　　　　　　　　　　　　　　Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed in a case where no assets have been distributed; and return of property.